**STUTZ ARTIANO SHINOFF & HOLTZ**
*A Professional Corporation*
James F. Holtz, Esq. (State Bar No. 95064)
2488 Historic Decatur Road, Suite 200
San Diego, CA 92106-6113
Tel: (619) 232-3122
Fax: (619) 232-3264

Specially Appearing for GENERAL ELECTRIC COMPANY

FILED
08 MAR -7 PM 1:04
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           CP           DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

ROBERT DILWORTH, an individual, and CHRISTINA DILWORTH, an individual,

Plaintiffs,

v.

GENERAL ELECTRIC COMPANY, a New York Corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 08 CV 0431 WQH JMA

**DECLARATION OF JAMES F. HOLTZ IN SUPPORT OF REMOVAL OF ACTION UNDER 28 USC §§1332 and 1441(a) (DIVERSITY)**

I, James F. Holtz, declare:

1. That I have personal knowledge of the following facts and am competent to testify thereto.

2. I am informed by Plaintiff's Counsel that the property damage claim alone is $144,504.60.

3. General Electric Company is a corporation organized and existing under the laws of the State of New York, with its principal place at 3135 Easton Turnpike, Fairfield, Connecticut, 06431.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 7th day of March, 2008 at San Diego, California.

James F. Holtz

1

DECLARATION OF JAMES F. HOLTZ IN SUPPORT OF REMOVAL OF ACTION UNDER 28 USC §§1332 and 1441(a) (DIVERSITY)
@PFDesktop\::ODMA/WORLDOX/G:/DATA/1239/14/PL/S7032393.WPD

**STUTZ ARTIANO SHINOFF & HOLTZ**, A.P.C.
James F. Holtz, State Bar No. 95064
2488 Historic Decatur Road, Suite 200
San Diego, CA 92106-6113
Telephone: (619) 232-3122
Facsimile:  (619) 232-3264

Attorneys Specially Appearing for GENERAL ELECTRIC COMPANY

<u>Robert Dilworth, Christina Dilworth v. General Electric Co., et al.</u>

<u>DECLARATION OF SERVICE</u>

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made.  At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made.  My business address is 2488 Historic Decatur Road, Suite 200, San Diego, CA 92106-6113.

On March 7, 2008, I served the following document(s):

**DECLARATION OF JAMES F. HOLTZ IN SUPPORT OF REMOVAL OF ACTION UNDER 28 USC §§1332 and 1441(a) (DIVERSITY)**

☒ **BY MAIL** by depositing in the United States Postal Service mail box at San Diego, California 92106, a true copy thereof in a sealed envelope with postage thereon fully prepaid and addressed as follows:

| | |
|---|---|
| Richard L. Boyer, Esq.<br>L/O of Richard L. Boyer, APC<br>4520 Vista de la Patria<br>Del Mar, CA 92101 | **Attorney for Plaintiffs**<br>P (858) 481-8757<br>F (858) 350-1006<br>boyerlaw@sbcglobal.net |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 7, 2008, at San Diego, California.

_/s/ Patricia S. Donnelly_
Patricia S. Donnelly

DECLARATION OF JAMES F. HOLTZ IN SUPPORT OF REMOVAL OF ACTION UNDER 28 USC §§1332 and 1441(a) (DIVERSITY)
@PFDesktop\::ODMA/WORLDOX/G:/DATA/1239/14/PL/S7032393.WPD