**STUTZ ARTIANO SHINOFF & HOLTZ**
*A Professional Corporation*
James F. Holtz, Esq. (State Bar No. 95064)
2488 Historic Decatur Road, Suite 200
San Diego, CA 92106-6113
Tel: (619) 232-3122
Fax: (619) 232-3264

Attorneys for GENERAL ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DILWORTH, an individual, and CHRISTINA DILWORTH, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY, a New York Corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.   08-CV-0431WQH-JMA <br> Judge:   Hon. William Q. Hayes <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED UNDER F.R.C.P. 12(b)(6), OR IN THE ALTERNATIVE, TO STRIKE THE MENTAL AND EMOTIONAL DISTRESS ALLEGATIONS UNDER F.R.C.P. 12(f)** <br><br> Date: 4/21/08 <br> Time: 11:00 a.m. <br> **NO ORAL ARGUMENT UNLESS REQUESTED BY COURT** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 21, 2008 at 11:00 a.m., or as soon thereafter as may be heard, in the above-entitled Court, Defendant GENERAL ELECTRIC COMPANY (hereinafter "G.E." or "Defendant") will and hereby does move this Court for an order dismissing the emotional distress claims of the Plaintiff's Complaint, or, in the alternative, for an order striking the emotional distress allegations of Plaintiff's Complaint.

This motion is made on the following grounds:

1.   Under Federal Rule of Civil Procedure (hereinafter "F.R.C.P.") 12(b)(6), Plaintiff has failed to state a claim on which relief can be granted because its claims for emotional distress

1

cannot be based in economic loss alone. Because the gravamen of the Plaintiffs' $1 million claim for damages is founded in its emotional distress claims, and because it has claimed this "severe emotional distress" with respect to each claim set forth in the Complaint, this Court should dismiss the entire action, as Plaintiff's emotional distress claims cannot stand.

2.  Under F.R.C.P. 12(f), the emotional distress allegations contain redundant, immaterial, impertinent, or scandalous matter because emotional distress damages may not be awarded under California law for property loss alone. Defendant G.E. seeks to strike the following portions of Plaintiff's Complaint under F.R.C.P. 12(f):

Paragraph 11, page 2:28 - 3:3:

> "The frightening experience of waking in the middle of the night and finding their house on fire, barely escaping through the burning house to save their lives, watching their home and its contents burning, and being forced to live in a hotel room for most of three months caused the plaintiffs to suffer severe mental distress, anxiety, inconvenience, frustration, and anger."

Paragraph 22, page 4:11:

> "severe personal injuries"

Paragraph 23, page 4:14-4:15:

> "The plaintiffs have suffered severe personal injuries that include but are not limited to severe mental distress, anxiety, inconvenience, frustration, and anger."

Paragraph 31, page 5:10-5:11:

> "The plaintiffs have suffered severe personal injuries that include, but are not limited to, severe mental distress, anxiety, inconvenience, frustration, and anger."

Paragraph 38, page 6:8-6:9:

> "The plaintiffs have suffered severe personal injuries that include, but are not limited to, severe mental distress, anxiety, inconvenience, frustration, and anger."

///
///
///
///
///
///

1  This motion will be based on this Notice, the attached Memorandum of Points and
2  Authorities, and the papers and pleadings on file in this action.

3  Dated: March 10, 2008

STUTZ ARTIANO SHINOFF & HOLTZ
A Professional Corporation

By: /s/ *James F. Holtz*
    _____
    James F. Holtz
    Attorneys for Defendant GENERAL ELECTRIC COMPANY

**STUTZ ARTIANO SHINOFF & HOLTZ**, A.P.C.
James F. Holtz, State Bar No. 95064
2488 Historic Decatur Road, Suite 200
San Diego, CA 92106-6113
Telephone: (619) 232-3122
Facsimile:  (619) 232-3264

Attorneys for GENERAL ELECTRIC COMPANY

<u>Robert Dilworth, Christina Dilworth v. General Electric Co., et al.</u>

<u>**DECLARATION OF SERVICE**</u>

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made. My business address is 2488 Historic Decatur Road, Suite 200, San Diego, CA 92106-6113.

On March 10, 2008, I served the following document(s):

**NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED UNDER F.R.C.P. 12(b)(6), OR IN THE ALTERNATIVE, TO STRIKE THE MENTAL AND EMOTIONAL DISTRESS ALLEGATIONS UNDER F.R.C.P. 12(f)**

☒ **BY MAIL** by depositing in the United States Postal Service mail box at San Diego, California 92106, a true copy thereof in a sealed envelope with postage thereon fully prepaid and addressed as follows:

☒ **BY ELECTRONIC SERVICE** On the date executed below, I served the document(s) via CM/ECF described above on designated recipients through electronic transmission of said documents, a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

Richard L. Boyer, Esq.   **Attorney for Plaintiffs**
L/O of Richard L. Boyer, APC   P (858) 481-8757
4520 Vista de la Patria   F (858) 350-1006
Del Mar, CA 92101   boyerlaw@sbcglobal.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 10, 2008, at San Diego, California.

*/s/ Patricia S. Donnelly*
Patricia S. Donnelly

4

@PFDesktop\::ODMA/WORLDOX/G:/DATA/1239/14/PL/S7032528.WPD

08CV0431