# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA           )
                              ) ss.
COUNTY OF SAN DIEGO           )

I am a resident of the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 4520 Vista de la Patria, Del Mar, CA 92014.

On April 2, 2008, I served the following documents:

**PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS UNDER F.R.C.P. 12(b)(6), OR IN THE ALTERNATIVE, TO STRIKE ALLEGATIONS UNDER F.R.C.P. 12(f).**

on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as:

James F. Holtz, Esq.                                    Counsel for General Electric Company
STUTZ ARTIANO SHINOFF & HOLTZ, APC
2488 Historic Decatur Road, Suite 200,
San Diego, CA 92106-6113
(619) 232-3122 - phone
(619) 232-3264 - fax

☐    (BY MAIL) I personally processed these documents for mail and deposited them with the U.S. Postal Service on the same day with postage thereon fully prepaid at Del Mar, California. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

(BY FACSIMILE) I sent a copy via facsimile transmission to the telefax number(s) indicated above. The facsimile machine I used complies with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d). I caused the machine to print a transmission record of the transmission, a copy of which is attached to this document.

X    (ELECTRONIC FILING) I caused each document to be uploaded to the Court's Electronic Filing System, CM/EMF.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 2, 2008, at Del Mar, California.

/s/Richard L. Boyer
Richard L. Boyer, Esq.

M.B.. 1205-101

PROOF OF SERVICE