RICHARD A. BOYER, ESQ. (SBN 101962)
LAW OFFICES OF RICHARD BOYER
4520 VISTA DE LA PATRIA
DEL MAR CA 92014
858-481-8757
Attorney for : PLAINTIFF

Ref. No.      : 0401850-01
Atty. File No. : 211-1301

SUPERIOR COURT OF CA. COUNTY OF SAN DIEGO
SAN DIEGO JUDICIAL DISTRICT

PLAINTIFF   : ROBERT DILWORTH, an individual et. al.
DEFENDANT   : GENERAL ELECTRIC COMPANY

Case No.: 37-2008-00076826-CU-PL-CTL
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF
   CASE ASSIGNMENT; NOTICE TO LITIGANTS/ADR INFORMATION
   PACKAGE; STIPULATION TO USE OF ALTERNATIVE DISPUTE
   RESOLUTION

3. a. Party served  : GENERAL ELECTRIC COMPANY, a New York Corporation
   b. Person served : MARGARET WILSON, PROCESS SPECIALIST
      (AUTHORIZED AGENT FOR CT CORPORATION SYS.)

4. Address where the party was served  818 WEST SEVENTH STREET
   LOS ANGELES, CA  90017   (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on February 8, 2008  (2) at: 08:48 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    GENERAL ELECTRIC COMPANY, a New York Corporation
      under [xx] CCP 416.10 (corporation)

7. **Person who served papers**
   a. QUENTIN BUTLER
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700
   d. Fee for service: $84.50
   e. I am:
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 18, 2008          Signature: _____
                                            QUENTIN BUTLER

Jud. Coun. form, rule 982.9
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**