Richard L. Boyer (SBN: 131861)
THE LAW OFFICE OF RICHARD L. BOYER, APC
4520 Vista de la Patria, Del Mar  CA  92014
Tel: (858) 481-8757
Fax: (858) 350-1006
boyerlaw@sbcglobal.net

**Attorneys for Plaintiffs,**
**ROBERT DILWORTH and CHRISTINA DILWORTH**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DILWORTH, an individual, and CHRISTINA DILWORTH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, a New York Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.   08-CV-0431WQH-JMA<br>Judge:      Hon. William Q. Hayes<br><br>**NOTICE OF WITHDRAWAL OF ELECTRONICALLY FILED DOCUMENT** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, please be advised that Plaintiffs hereby withdraw the following document from the court's E-File in this matter:

*AFFIDAVIT of Service for Summons and Complaint served on General Electric Company on February 8, 2008, filed by Robert Dilworth, Christina Dilworth.* (Linked hereto.)

The document is being withdrawn because it was improperly designated in the court's electronic filing system.

Dated: April 11, 2008          THE LAW OFFICE OF RICHARD L. BOYER, APC

By: /s/Richard L. Boyer
RICHARD L. BOYER
Attorneys for Plaintiffs,
**ROBERT DILWORTH and CHRISTINA DILWORTH**