1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT DILWORTH, an individual, and CHRISTINA DILWORTH, an individual, <br><br>          Plaintiffs, <br><br>v. <br><br>GENERAL ELECTRIC COMPANY, a New York Corporation; et al., <br><br>          Defendants. | Case No. 08-CV-0431-WQH (JMA) <br><br>**ORDER SCHEDULING 1) SETTLEMENT CONFERENCE AND 2) TELEPHONIC CASE MANAGEMENT CONFERENCE** |
|---|---|

The Court convened an Early Neutral Evaluation Conference on August 29, 2008 at 10:00 a.m.

**IT IS HEREBY ORDERED**:

1. A Settlement Conference will be held in the chambers of Magistrate Judge Jan M. Adler on **November 4, 2008** at **10:00 a.m.**, Room 1165, United States Courthouse, 940 Front Street, San Diego, California 92101-8928. Counsel shall submit settlement statements **directly** to Magistrate Judge Adler's chambers no later than

**October 28, 2008**.[1]  The parties may either submit confidential settlement statements or may exchange their settlement statements.

**All named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person at the conference</u>.  The individual(s) present at the Settlement Conference with settlement authority must have the unfettered discretion and authority on behalf of the party to:  1) fully explore all settlement options and to agree during the Settlement Conference to any settlement terms acceptable to the party (*G. Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989)), 2) change the settlement position of a party during the course of the Settlement Conference (*Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)), and 3) negotiate a settlement without being restricted by any predetermined level of authority (*Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 596 (8th Cir. 2001)).**

Governmental entities may appear through litigation counsel only.  As to all other parties, appearance by litigation counsel only is <u>not</u> acceptable.  Retained outside corporate counsel <u>shall not</u> appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement.  **The failure of any counsel, party or authorized person to appear at the Settlement Conference as required shall be cause for the immediate imposition of sanctions.**  All conference discussions will be informal, off the record, privileged, and confidential.

---

[1] Statements may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.

2. A telephonic Case Management Conference will be held on **October 21, 2008** at **9:30 a.m.** Counsel for each party shall participate in the conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: August 29, 2008

_____
Jan M. Adler
U.S. Magistrate Judge