UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DILWORTH, an individual, and CHRISTINA DILWORTH, an individual,<br><br>          Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, a New York Corporation; et al.,<br><br>          Defendants. | Case No. 08-CV-0431-WQH (JMA)<br><br>**ORDER RESCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that the telephonic Case Management Conference scheduled for October 21, 2008 at 9:30 a.m. is <u>rescheduled</u> for **October 20, 2008** at **9:30 a.m.** Counsel for each party shall participate in the conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: September 3, 2008

                                                 Jan M. Adler
                                                 U.S. Magistrate Judge