# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DILWORTH, an individual, and CHRISTINA DILWORTH, an individual,<br><br>　　　　　　　　　　　　　　　Plaintiffs,<br>　　vs.<br>GENERAL ELECTRIC COMPANY, a New York Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　　　　　　Defendants. | CASE NO. 08cv431 WQH (JMA)<br><br>**ORDER** |

HAYES, Judge:

　　The Joint Motion to Allow Amco Insurance Company to Intervene as Plaintiff-in-Intervention (Doc. # 18) is **GRANTED.**

DATED: October 6, 2008

　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　United States District Judge