UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DILWORTH, an individual, and CHRISTINA DILWORTH, an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, a New York Corporation; et al.,<br><br>　　　　Defendants.<br>_____<br>AMCO INSURANCE COMPANY,<br><br>　　　　Plaintiff in<br>　　　　Intervention.<br>_____ | Case No. 08-CV-0431-WQH (JMA)<br><br>**ORDER CONFIRMING SETTLEMENT CONFERENCE** |

　　The telephonic Case Management Conference scheduled for October 20, 2008 at 9:30 a.m. did not forward due to the unavailability of counsel.

//

//

//

//

08cv0431

**IT IS HEREBY ORDERED** that the Settlement Conference set for **November 4, 2008** at **10:00 a.m.** is confirmed and shall go forward as scheduled.

**IT IS SO ORDERED.**

DATED: October 20, 2008

Jan M. Adler
U.S. Magistrate Judge