UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DILWORTH, an individual, and CHRISTINA DILWORTH, an individual, <br><br>          Plaintiffs, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY, a New York Corporation; et al., <br><br>          Defendants. | Case No. 08-CV-0431-WQH (JMA) <br><br> **ORDER REGARDING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE** |

A Settlement Conference was held on November 4, 2008 at 10:00 a.m.  The case settled.  The attorneys shall appear for a telephonic Settlement Disposition Conference on **December 9, 2008** at **3:30 p.m.** before Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1]  If a joint motion for dismissal and proposed order thereon cannot be provided on or before the

---

[1] See Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

date indicated above, counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date indicated above to explain the reasons therefor.  <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

**IT IS SO ORDERED.**

DATED: November 4, 2008

_____
Jan M. Adler
U.S. Magistrate Judge