# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DILWORTH, an individual, and CHRISTINA DILWORTH, an individual,<br><br>Plaintiff,<br>vs.<br>GENERAL ELECTRIC COMPANY, a New York Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 08cv431 WQH (JMA)<br><br>ORDER |

HAYES, Judge:

The Joint Motion for Dismissal (Doc. # 28) is **GRANTED.** The above-captioned action is **DISMISSED with prejudice.**

DATED: November 26, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge